**HUGHES TOOL COMPANY, a corporation, Plaintiff, v. B. F. CONAGHAN, an individual, Defendant.**

**Civ. A. No. 4374.**

United States District Court
W. D. Oklahoma.

July 1, 1953.

George I. Haight and Edward A. Haight, Chicago, Ill., Robert F. Campbell and Ray L. Smith, Houston, Tex., and Lynn Adams, Oklahoma City, Okl., for plaintiff.

Robert F. Davis of firm Stevens, Davis, Miller & Mosher, Washington, D. C., and Charles M. McKnight, Tulsa, Okl., for defendant.

VAUGHT, Chief Judge.

The above entitled cause and Hughes Tool Company v. Cole, 113 F.Supp. 519, were consolidated for trial and the same evidence which was the basis for the opinion in the Cole case will be treated as the basis for the opinion in the instant case. Therefore, the opinion rendered in the Cole case is adopted and made the opinion in this case.

A proper form of judgment may be submitted within thirty days from this date.